FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EARL GIBBONS,

                    Plaintiff,

   v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign insurer,

               Defendant.

NO:  2:23-CV-0266-TOR

ORDER OF DISMISSAL WITH
PREJUDICE

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with

Prejudice.  ECF No. 20.  The parties agree that any and all claims and causes of

action should be dismissed with prejudice and without an award of costs or fees to

any party.  The Court has reviewed the record and files herein and is fully

informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 20, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, any and all claims and causes of action are **DISMISSED** with prejudice and without an award of costs or fees to any party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED August 16, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2